**Howard JOHNSON, Plaintiff–Counter Defendant–Appellant,**

**v.**

**Clarence O'Neal BRADFORD; Michael R. Burdick; Sergeant Desimerly; D. Elder; Houston Police Department Narcotics Task Force Unit # 19; Smith, Detective; Doyle, Detective; John Doe I, Officer; John Doe II, Officer, Defendant–Appellees,**

Douglas McNaul, Defendant–Counter
Claimant–Appellee.

No. 01–20704.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

July 22, 2003.

Before JONES, STEWART, and
DENNIS, Circuit Judges.

PER CURIAM.*

Howard Johnson, Texas prisoner
# 785828, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint
and summary judgment in favor of defendants Michael Burdick and Douglas
McNaul. There is no merit to Johnson's
contention that his Fourth Amendment
claims relating to the search of his apartment and seizure of cocaine are not barred
by *Heck v. Humphrey,* 512 U.S. 477, 487,
114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).
Johnson's argument that the defendants
were not entitled to qualified immunity on
his excessive force claim is equally unavailing. "[H]andcuffing too tightly, without
more, does not amount to excessive force."
*Glenn v. City of Tyler,* 242 F.3d 307, 314
(5th Cir.2001). Johnson's challenge to the
defendants' alleged death threats does not
present a claim of physical injury and
therefore fails to state an excessive force
claim. *See Gomez v. Chandler,* 163 F.3d
921, 923 (5th Cir.1999). Johnson's claim
that the other officers did not intervene to
stop Officer Burdick also fails, as Johnson
has not shown that Officer Burdick was
using excessive force. Therefore, there
was no need for intervention. *See Hale v.
Townley,* 45 F.3d 914, 919 (5th Cir.1995).
Johnson's allegation of a conspiracy among
the officers to violate his rights is conclusional.

Finally, Johnson's assertions that he was
not allowed sufficient discovery or the opportunity to amend his complaint are without merit. *See Wicks v. Mississippi State
Employment Servs.,* 41 F.3d 991, 994–95
(5th Cir.1995).

The district court did not err in granting
summary judgment for defendants Burdick and McNaul, or in overruling John-

---

son's objections to its rulings on his procedural motions.

Johnson's motion for appointment of counsel is hereby **DENIED.**

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under